UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL CHEVERE,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES; THE COMMITTEE ON THE CONSTITUTION AND CIVIL JUSTICE; UNITED STATES HOUSING AUTHORITY; CITY OF SPRINGFIELD DISTRICT COURT,<br><br>                    Defendants. | 15-CV-6505 (LAP)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 11, 2015, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 11, 2015
         New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.